1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  STEVEN RUSSELL

7

8                 IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )    NO. CR S-11-0187 MCE
                                    )
12              Plaintiff,          )    STIPULATION AND ORDER FOR
                                    )    PROTECTIVE ORDER REGARDING
13      v.                          )    DEFENSE FORENSIC COMPUTER
                                    )    EXAMINATION
14 STEVEN RUSSELL,                  )
                                    )
15              Defendant.          )
                                    )
16 _____  )

17

18      IT IS HEREBY STIPULATED by and between the parties hereto

19 through their respective counsel, Matthew Morris, Assistant United

20 States Attorney, attorney for Plaintiff, and Benjamin Galloway,

21 Assistant Federal Defender, attorney for Mr. Russell, that the

22 Court should approve the proposed protective order governing the

23 defense expert's forensic examination of the computer data in this

24 case.

25      In order to advise the defendant adequately, the defense of

26 this case requires a further forensic evaluation by a knowledgeable

27 expert of the computer hard drives which the government alleges

28 contain images of child pornography.  The parties have agreed that

1  the attached proposed order should govern the defense examination

2  of the computer media and request that the Court approve the

3  attached proposed order.

4  Dated: June 28, 2011

5

6                                          Respectfully submitted,

7                                          DANIEL J. BRODERICK
                                           Federal Defender
8

9                                          /s/ Benjamin Galloway
                                           BENJAMIN GALLOWAY
10                                         Assistant Federal Defender
                                           Attorney for Defendant
11                                         STEVEN RUSSELL

12 Dated: June 28, 2011

13                                         BENJAMIN B. WAGNER
                                           United States Attorney
14

15                                         /s/ Benjamin Galloway
                                           MATTHEW MORRIS
16                                         Assistant U.S. Attorney
                                           Attorney for Plaintiff

17

18                          **O R D E R**

19 SO ORDERED.

20 Dated:_June 28, 2011.

21
                           EDMUND F. BRENNAN
22                         UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

2

1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  BENJAMIN D. GALLOWAY, Bar# 214897
   Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  STEVEN RUSSELL

7

8                IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. CR S-11-0187 MCE
                                    )
12              Plaintiff,          )   PROTECTIVE ORDER CONCERNING
                                    )   DIGITAL MEDIA CONTAINING CHILD
13     v.                           )   PORNOGRAPHY
                                    )
14 STEVEN RUSSELL,                  )
                                    )
15              Defendant.          )
                                    )
16 _____ )

17

18                             **ORDER**

19     IT IS HEREBY ORDERED AS FOLLOWS:

20     1.   The Yolo County District Attorneys investigators shall

21 make a duplicate copy of the hard drive and any other storage media

22 available for defense analysis.

23     2.   The duplicate copies of the hard drive and storage media

24 shall be made available for defense counsel, Benjamin Galloway,

25 defense paralegal Julie Denny or another member of the defense

26 team, and defendant's proposed expert, Marcus Lawson or a colleague

27 at the same employer, Global CompuSearch LLC, to review at the

28 Sacramento High Tech Task Force offices in Sacramento, California

1  for the purpose of preparing for the defense of the above-entitled

2  action.   The images on the hard drive and storage media shall not

3  be viewed by any other person.

4        3.   A private room will be provided for the defense

5  examination. No Government agents will be inside the room during

6  the examination;

7        4.   The expert will be permitted to bring whatever equipment,

8  books, or records he believes may be necessary to conduct the

9  examination;

10        5.   Neither the defense expert nor defense attorneys nor the

11  defense paralegal shall remove the hard drive or other storage

12  media from the confines of the law enforcement office.

13        6.   With the exception of materials which would be considered

14  child pornography under federal law (including visual depictions

15  and data capable of conversion into a visual depiction), the expert

16  may download and remove files or portions of files, provided the

17  forensic integrity of the hard drive is not altered.   The expert

18  will certify in writing (using the attached certification), that he

19  has taken no materials which would be considered child pornography,

20  or data capable of being converted into child pornography, (under

21  federal law) and that he has not caused any child pornography to be

22  sent from the law enforcement premises by any means including by

23  any electronic transfer of files.

24        7.   Except when a defense expert fails to provide this

25  certification, no Government agent, or any person connected with

26  the Government, will examine or acquire in any fashion any of the

27  items used by the expert in order to conduct the defense analysis.

28  Should a defense expert fail to certify that the expert has not

2

1  copied or removed child pornography, or data capable of being

2  converted into child pornography, Government agents may then

3  inspect or examine the materials in order to ensure that prohibited

4  child pornography has not been removed.

5       8.    When the defense indicates that it is finished with its

6  review of the copy of the hard drives, the drive(s) or other

7  storage devices shall be "wiped" clean.

8       9.    Any disputes regarding the above or problems implementing

9  this order shall be brought to the attention of the court through

10 representative counsel after first consulting opposing counsel.

11 IT IS SO ORDERED:

12 Dated: June 28, 2011.

13                                   EDMUND F. BRENNAN
                                     UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1

2

3

4

5

6

7

8                      IN THE  UNITED  STATES  DISTRICT  COURT

9              FOR  THE  EASTERN  DISTRICT  OF  CALIFORNIA

10

11  UNITED  STATES  OF  AMERICA,          )    NO.  CR  S-11-0187  MCE
                                          )
12                     Plaintiff,         )
                                          )
13       v.                               )
                                          )
14  STEVEN  RUSSELL,                       )
                                          )
15                     Defendant.         )
                                          )
16  _____  )

17

18                           CERTIFICATION

19      I,  _____,  certify under penalty of

20  perjury that I have not copied or removed any images of child

21  pornography or data capable of being converted into images of child

22  pornography, or caused the same to be transferred electronically

23  (or by any other means) to any other location, during the course of

24  my review of the evidence in this case.

25

26  Date: _____          _____

27

28