```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
STEVEN RALPH RUSSELL
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                            )<br>           Plaintiff,       )<br>                            )<br>      v.                    )<br>                            )<br> STEVEN RALPH RUSSELL,       )<br>                            )<br>           Defendant.       )<br>_____ ) | 2:06-cr-340 MCE<br>2:11-cr-187 MCE<br><br>**STIPULATION AND ORDER**<br><br>Date: September 29, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England |

   It is hereby stipulated between the parties, Assistant Federal Defender BENJAMIN GALLOWAY, attorney for the defendant, and Assistant United States Attorney MATTHEW MORRIS, attorney for the plaintiff, that the Status Conference/Revocation hearing of September 2, 2011, be vacated and reset for September 29, 2011, at 10:00 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

/ / /

/ / /

Speedy trial time is to be excluded from the date of this order through the date of the Status Conference/Revocation hearing set for September 29, 2011, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: August 29, 2011         Respectfully submitted,

                               DANIEL J. BRODERICK
                               Federal Defender

                               /S/ Benjamin Galloway
                               BENJAMIN GALLOWAY
                               Assistant Federal Defender
                               Attorney for Defendant
                               STEPHEN RUSSELL


DATED: August 29, 2011         BENJAMIN B. WAGNER
                               United States Attorney

                               /s/ Benjamin Galloway for
                               MATTHEW MORRIS
                               Assistant U.S. Attorney
                               Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set September 2, 2011 Status Conference/Revocation hearing shall be continued to September 29, 2011, at 9:00 a.m.  It is further ordered that the time period from the date of the parties' stipulation, September 2, 2011, through and including the date of the new Status Conference/Revocation hearing, September 29, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161 (h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence.  The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: September 1, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE