DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
STEVEN RALPH RUSSELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          ) <br>     Plaintiff, )<br>          )<br>     v.   )<br>          )<br> STEVEN RALPH RUSSELL, )<br>          )<br>     Defendant.   )<br>_____ ) | 2:06-cr-340 MCE<br>2:11-cr-187 MCE<br><br>**STIPULATION AND ORDER**<br><br>Date: October 13, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Morrison C. England |

   It is hereby stipulated between the parties, Assistant Federal Defender BENJAMIN GALLOWAY, attorney for the defendant, and Assistant United States Attorney MATTHEW MORRIS, attorney for the plaintiff, that the Status Conference/Revocation hearing of September 29, 2011, be vacated and reset for October 13, 2011, at 9:00 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

/ / /

/ / /

Speedy trial time is to be excluded from the date of this order through the date of the Status Conference/Revocation hearing set for October 13, 2011, pursuant to 18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: September 26, 2011    Respectfully submitted,

                                      DANIEL J. BRODERICK
                                      Federal Defender

                                      /S/ Benjamin Galloway
                                      BENJAMIN GALLOWAY
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      STEPHEN RUSSELL

DATED: September 26, 2011    BENJAMIN B. WAGNER
                                      United States Attorney

                                      /s/ Benjamin Galloway for
                                      MATTHEW MORRIS
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

**O R D E R**

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby adopts the stipulation of the parties in its entirety as its order.  It is hereby ordered that the presently set September 29, 2011 Status Conference/Revocation hearing shall be continued to October 13, 2011, at 9:00 a.m.  It is further ordered that the time period from the date of the parties' stipulation, September 26, 2011, through and including the date of the new Status Conference/Revocation hearing, October 13, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161

(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

Based on the stipulation of the parties and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time for effective preparation taking into account the exercise of due diligence. The Court specifically finds that the ends of justice served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial.

**IT IS SO ORDERED.**

Dated: September 28, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE